**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1860**

_____

LACEY S. MITCHELL,

                    Plaintiff - Appellant,

          v.

COMMISSIONER, Social Security,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Beth P. Gesner, Magistrate Judge.
(1:11-cv-00723-BPG)

_____

Submitted:  November 20, 2012       Decided:  November 26, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lacey S. Mitchell, Appellant Pro Se.   Alex Gordon, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacey S. Mitchell appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2006); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005) (per curiam). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Mitchell v. Comm'r, Soc. Sec., No. 1:11-cv-00723-BPG (D. Md. June 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to proceeding before a magistrate judge pursuant to 28 U.S.C. § 636 (2006).